UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK DANIEL KENNY, | ) | Case No. CV 08-1773-GW(RC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that: (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition and dismissing the action with prejudice.

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: May 11, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&Rs\08-1773.ado
1/8/10

2