UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK DANIEL KENNY, | ) | Case No. CV 08-1773-GW(RC) |
| | ) | |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
|         Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: May 11, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&Rs\08-1773.jud
1/8/10